# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal Case No. 15-PO-00313-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MICHAEL VILLECCO,**

**Defendant.**

---

## ORDER RE: MOTION TO QUASH BENCH WARRANT AND REQUEST FOR ISSUANCE OF SUMMONS FOR NEXT HEARING AND EXECUTED CONSENT TO WITHDRAW [DOC. #17]

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received and reviewed the Defendant's Motion [Doc. #17].

This matter was originally set for trial on December 17, 2015 at which time Defendant's presence was required. Attorney Davlin filed a Motion to Withdraw December 6, 2015. The Court vacated the trial and set the Motion to Withdraw for Hearing on December 17, 2015 at 8:30 a.m. At no time did the Court excuse Defendant's attendance in Court. The Defendant failed to appear and the Court issued a Warrant for Arrest of the Defendant because of his failure to appear, therefore:

**IT IS HEREBY ORDERED** that the Defendant's Motion to Quash the Bench Warrant [Doc. #17] is DENIED.

**DATED: December 28, 2015.**

                                        BY THE COURT:

                                        **s/David L. West**
                                        **United States Magistrate Judge**